# United States District Court
## For The Western District of North Carolina
## Charlotte Division

Theodore Howze, Jr.,

    Plaintiff(s),

vs.

USA,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:07CV184
3:98CR299-1

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's December 21, 2009 Order.

Signed: December 21, 2009

Frank G. Johns, Clerk
United States District Court