IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:07CV184-1-MU

| | |
|---|---|
| THEODORE HOWZE, Jr., ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | **O R D E R** |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

**THIS MATTER** comes before the Court upon the Petitioner's Motion to Take Judicial Notice (Doc. No. 17), filed December 21, 2009.

On December 21 2009, this Court dismissed Petitioner's Motion to Vacate, Set Aside, or Correct Sentence. As such, Petitioner's present motion is moot.

**THEREFORE, IT IS HEREBY ORDERED that** Petitioner's Motion to Take Judicial Notice (Doc. No. 17) is **DENIED as moot**.

Signed: January 11, 2010

Graham C. Mullen
United States District Judge